IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL SPRINGS,

    Petitioner,               No. CIV S-04-0910 MCE JFM P

    vs.

SCOTT KERNAN, Warden,

    Respondent.             ORDER

_____/

        Petitioner is a state prisoner proceeding in propria persona with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 25, 2004, respondent was directed to lodge any and all transcripts or other documents relevant to the determination of the issues presented herein. On September 22, 2004, respondent filed an answer, citing various record cites and stating that a reporter's transcript and clerk's transcript were being lodged contemporaneously with the answer. However, neither the docket nor the court's records management system reflect that the transcripts were lodged.

        Accordingly, IT IS HEREBY ORDERED that, within ten days from the date of this order, respondent shall lodge the clerk's transcript and the reporter's transcript with the court.

DATED: July 2, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; spri0910.tra